1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   AMERICAN TOWER CORPORATION, a      )     Civil No.07cv0399 LAB (NLS)
     Delaware corporation,              )
12                                      )     **ORDER SETTING BRIEFING**
                          Plaintiff,    )     **SCHEDULE FOR** *EX PARTE*
13   v.                                 )     **APPLICATION**
                                        )
14   THE CITY OF SAN DIEGO, California,  )     [Doc. No 18]
     THE CITY COUNCIL OF TH CITY OF     )
15   SAN DIEGO, California, AND THE      )
     DEVELOPMENT SERVICES              )
16   DEPARTMENT OF THE CITY OF SAN       )
     DIEGO, California,                 )
17                                      )
                          Defendants.   )
18   _____    )

19          Plaintiff American Tower Corporation filed, without leave of court, an amended complaint on

20   August 29, 2007.  On September 5, 2007, the Court ordered the amended complaint stricken from the

21   record because Plaintiff did not have leave of court to file it, per Federal Rule of Civil Procedure 15(a).

22   Two days later Plaintiff filed an *Ex Parte* application for retraction of the discrepancy order, or in the

23   alternative, for leave to file the first amended complaint dated August 29, 2007 [Doc. No. 18].  The

24   presiding district judge referred this matter to the undersigned for decision pursuant to 28 U.S.C. §

25   631(b)(1)(A).

26          The Court construes Plaintiff's *Ex Parte* application as a motion for reconsideration of the

27   September 5, 2007 discrepancy order [Doc. No. 17] and for leave to file the first amended complaint

28   *nunc pro tunc* to August 29, 2007.

In the event that Defendants choose to file an opposition to Plaintiff's application, they must do so on or before ***September 20, 2007***.  The opposition shall not exceed **8** pages in length.  Plaintiff may file a reply brief on or before ***September 24, 2007***.  The reply, if any, shall not exceed **4** pages in length. Upon receipt of all the briefs, the Court will determine whether it will hold oral argument on the matter.

**IT IS SO ORDERED.**

DATED:  September 13, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge

2

07cv399 LAB (NLS)